IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

*Brief Here*

FILED IN
5TH COURT OF APPEALS
2013 FEB 15 AM 4: 05
LISA MATZ, CLERK

**Justin Douglas Heaton,**
   Appellant

v.                                                No. 05-12-00001-CR

**The State of Texas,**
   Appellee

## State's Motion For Leave to Supplement State's Brief

TO THE HONORABLE JUSTICES OF THIS COURT:

The State of Texas respectfully requests that this Court grant her Motion for Leave to Supplement State's Brief in the above-styled and -numbered case, in accordance with Rule 38.7 of the Texas Rules of Appellate Procedure, and shows the following:

1. This case is on appeal from the Criminal District Court No. 1 of Dallas County Texas, in cause no. F11-00397-H.

2. Appellant was convicted of Manslaughter, Tex. Penal Code § 19.04, with a deadly weapon finding, Tex. Code Crim. Proc. art. 42.12 § 3(g), and enhanced by a prior felony conviction, Tex. Penal Code § 12.42(b). He was sentenced to 30 years imprisonment.

3. This case is set for submission on oral argument for Tuesday, February 19, 2013, at 9:00 a.m.

4. The State now requests, by this motion, leave to supplement the State's Brief that was filed on October 3, 2012, for the following reasons:

   a. Page 1 of the State's Brief, under "Statement of the Case," states that "Appellant was convicted by a jury of the offense of second degree felony intoxication manslaughter....Tex. Penal Code Ann. §§ 49.08(a) and 49.01(a) (West 2011)."

ORIGINAL

b. This statement of the case is incorrect. Appellant was convicted of manslaughter as shown above. The error is apparently due to a misstatement on the written judgment.

c. The attorney of record for the State is no longer employed by the District Attorney's Office, and the undersigned Assistant District Attorney was made aware of the case and this error on Thursday, February 14, 2013.

d. The State reasonably believes that justice requires correcting this error before the Court through a Supplemental Brief.

The State therefore prays that this Court grant this Motion for Leave to Supplement State's Brief and accept the Supplemental Brief herein filed.

Respectfully submitted,

Craig Watkins
Criminal District Attorney
Dallas County, Texas

Douglas R. Gladden
Assistant District Attorney
State Bar No. 24076404
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3828
(214) 653-3643 *fax*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion was served on David L. Richards, attorney for Appellant, at 3001 West Fifth Street, Ste. 800 on February 15, 2013, and by e-mail to DaveRichards@sbsglobal.net.

Douglas R. Gladden